IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| MARY YOLANDA BOMBÓN CAYAMBE, | |
| Petitioner, | 0:26-CV-758 |
| vs. | ORDER TO SHOW CAUSE |
| PAMELA BONDI, et al., | |
| Respondents. | |

The petitioner seeks immediate release from U.S. Immigration and Customs Enforcement custody in the Otero County Processing Center in New Mexico. Filing 1. The petitioner asserts jurisdiction and venue are proper in the District of Minnesota because "exceptions to the District of Detainment rule apply in this case." Filing 1 at 3; *see Rumsfeld v. Padilla*, 542 U.S. 426, 454 (2005) (Kennedy, J., concurring) (describing exception to general rule that habeas jurisdiction lies only in the district of confinement). Accordingly, pursuant to 28 U.S.C. § 2243,

IT IS ORDERED:

1. The respondents shall, on or before **February 2, 2026**, 2026, make a return certifying the true cause and proper duration of the petitioner's detention and showing cause why the writ should not be granted.

2. The respondents' answer must include:

    a. Such affidavits and exhibits as are necessary to establish the lawfulness of the petitioner's detention in light of the issues raised in the petition;

    b. A reasoned memorandum of law and fact explaining the respondents' legal position on the petitioner's claims;

    c. The government's position on whether an evidentiary hearing should be conducted and whether this matter should be transferred to the District of New Mexico; and

    d. Whether petitioner was arrested pursuant to a warrant and, if so, a copy of that warrant.

3. The petitioner may reply in support of the petition on or before **February 4, 2026**.

4. The respondents are enjoined from removing the petitioner from the United States until further order of the Court.

Dated this 28th day of January, 2026.

BY THE COURT:

_John M. Gerrard_
John M. Gerrard
Senior United States District Judge